[No. 3650.]

MONTE VISTA CANAL CO. ET AL. V. SAN LUIS VAL-
LEY IRRIGATED LAND CO.

In an appeal from a decree authorizing an irrigating com-
pany to change the place of diversion of the waters to which it
was entitled the respondents challenged the validity or suf-
ficiency of a deed under which the petitioner claimed title to a
certain ditch and water right. Neither of these were claimed
by any of the appellants, and the title being in issue only in-
cidentally, it was held that no freehold was thus involved. A
motion to remand the cause was, as to its other features, ruled
by the judgment in *Monte Vista Company v. Centennial Com-
pany*, ante, 364.

*Appeal from Costilla District Court.* HON. CHARLES
C. HOLBROOK, Judge.

Messrs. CORLETT & CORLETT, Messrs. GOUDY &
TWITCHELL, for appellants.

Mr. JESSE STEPHENSON, for appellee.

KING, J., delivered the opinion of the court.

Motion is made to remand this cause to the su-
preme court for the reason that the decision neces-
sarily relates to or involves a freehold. The judg-
ment appealed from was rendered by the district
court in a statutory proceeding for permission to
change the point of· diversion of decreed water-
rights. So far as applicable to this motion, the facts
and conditions are· substantially the same as in
case No. 3649, *The Monte Vista Canal Co. et al. v.
Centennial Irrigating Ditch Co.*, decided at this
term, with the exception that in the present case ap-
pellants have challenged the validity or sufficiency
of a deed by which appellee claims title to an irriga-
tion ditch and a water right, conveyed or attempted

to be conveyed to it by the town of Alamosa. This ditch or water right is not claimed by any of the appellants, and if the title thereto is in issue in this proceeding, it is only incidentally or collaterally so, and a freehold is not thereby involved.—*Harvey v. Travelers' Ins., Co.*, 18 Colo., 354. *McCandless v. Green*, 20 Colo., 519. *Callbreath v. Hug*, 48 Colo., 202. For the reasons more fully stated in *Monte Vista Canal Co. et al. v. Centennial Irrigating Ditch Co., supra*, the motion herein to remand is denied.